NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERRI L. TORAIN,**
*Petitioner,*

v.

**SMITHSONIAN INSTITUTION,**
*Respondent.*

---

2011-3135

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100533-I-1.

---

## ON MOTION

---

## ORDER

Terri L. Torain moves to reinstate her petition for review and for an extension of time to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions will be granted, the mandate will be recalled, the court's dismissal order will be vacated, and the petition will be reinstated, if Torain files an informal brief

(form enclosed) within 30 days of the date of filing of this order.

FOR THE COURT

SEP 15 2011                               /s/ Jan Horbaly
Date                                      Jan Horbaly
                                          Clerk

cc:  Terri L. Torain (Informal Brief Form Enclosed)
     Sheryl L. Floyd, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP -1 5 2011

**JAN HORBALY**
**CLERK**